# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Gregory John Ruiz      DOC No. 353027
Rayburn Corr. Ctr. Rain-2
27268 Hwy 21 North
Angie LA 70426

**REHEARING ACTION: May 23, 2012**

**Docket Number: 11   01203-KH**

**STATE OF LOUISIANA**
**VERSUS**
**GREGORY JOHN RUIZ**

**Writ Application from Iberia Parish Case No. 02-1010**

**BEFORE JUDGES:**

**Hon. John D. Saunders**
**Hon. J. David Painter**
**Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Gregory John Ruiz** has this day been

**DENIED.**

cc: Hon. J. Phillip Haney, Counsel for  the Respondent